No. 10–468. TransCor America, LLC, et al. v. Schilling et al. C. A. 9th Cir. Certiorari denied.

No. 10–522. Bianchi v. United States. C. A. 3d Cir. Certiorari denied.

No. 10–542. Terry v. Tyson Farms, Inc. C. A. 6th Cir. Certiorari denied.

No. 10–544. Gangi v. Verizon New England, Inc., dba Verizon Massachusetts, et al. C. A. 1st Cir. Certiorari denied.

No. 10–578. Wagoner County Rural Water District No. 2 et al. v. Grand River Dam Authority. Ct. Civ. App. Okla. Certiorari denied.

No. 10–591. Highland Capital Management, L. P. v. Schneider et al.; and
No. 10–682. RBC Capital Markets, LLC, fka RBC Capital Markets Corp. v. Schneider et al. C. A. 2d Cir. Certiorari denied.

No. 10–616. Salzano v. North Jersey Media Group, Inc., dba Record, et al. Sup. Ct. N. J. Certiorari denied.

No. 10–621. Brooks v. Gaenzle. C. A. 10th Cir. Certiorari denied.

No. 10–656. Muscarello v. Ogle County Board of Commissioners et al. C. A. 7th Cir. Certiorari denied.

No. 10–657. Martin v. Martin. Sup. Ct. N. H. Certiorari denied.

No. 10–659. Colegio de Abogados de Puerto Rico v. Brown et al. C. A. 1st Cir. Certiorari denied.

No. 10–662. Asworth, LLC, fka Asworth Corp., et al. v. Kentucky Department of Revenue, Finance and Administration Cabinet, fka Revenue Cabinet. Ct. App. Ky. Certiorari denied.